IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-CR-25-1M(4)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | INDICTMENT |
| RASEAN BOLDEN | ) | |
| a/k/a "Donald Whitaker, Jr." | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about August 14, 2019, in the Eastern District of North Carolina, RASEAN BOLDEN, a/k/a "Donald Whitaker, Jr.," the Defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, and the ammunition was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## COUNT TWO

On or about September 22, 2017, in the Eastern District of North Carolina, RASEAN BOLDEN, a/k/a "Donald Whitaker, Jr.," the Defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

1

## FORFEITURE NOTICE

The Defendant is given notice that all of the Defendant's interest in all property specified herein is subject to forfeiture.

Upon conviction of the offenses set forth in the Indictment, the Defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), as made applicable by Title 28, United States Code, Section 2461(c), any and all firearms or ammunition involved in or used in a knowing commission of the said offense. The forfeitable property includes, but is not limited to, the following: Cugir Romania model 56 7.62x39 rifle, bearing serial number FE1164; and any and all ammunition seized.

If any of the above-described forfeitable property, as a result of any act or omission of a Defendant --

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third person;

(3)     has been placed beyond the jurisdiction of the court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

A TRUE BILL:

REDACTED VERSION

Pursuant to the E-Government Act and the
federal rules, the unredacted version of
this document has been filed under seal.

FOREPERSON

DATE: _5/19/2020_

ROBERT J. HIGDON, JR.
United States Attorney

BY: ROBERT J. DODSON
Assistant United States Attorney
Criminal Division

3